RURAL COMMUNITY COALITION, INC., et al., Appellants, v VILLAGE OF BLOOMINGBURG et al., Defendants, TOWN OF MAMAKATING et al., Appellants, and SHALOM LAMM et al., Respondents.

Submitted May 11, 2015; decided June 9, 2015

Motion by the Town of Mamakating et al. for leave to appeal etc. denied. Motion by Rural Community Coalition, Inc., et al. for leave to appeal denied.

In the Matter of Luz SOLLA, Respondent, v ELIZABETH BERLIN, as Executive Deputy Commissioner of the New York State Office of Temporary and Disability Assistance, et al., Appellant, et al., Respondents.

Submitted April 6, 2015; decided June 9, 2015

Motion for reargument denied [*see* 24 NY3d 1192 (2015)]. Motion for poor person relief dismissed as academic.

Judges STEIN and FAHEY taking no part.

In the Matter of RICARDO SUAREZ et al., Appellants, v MELISSA WILLIAMS et al., Respondents.

Submitted May 26, 2015; decided June 9, 2015

Motion for leave to appeal granted. Motion for a stay granted.